10-14-00285-CR

# MOTION FOR EXTENSION OF TIME TO FILE STATEMENT OF FACTS

FILED IN
COURT OF CRIMINAL APPEALS

JUL 2 0 2015

Abel Acosta, Clerk

## TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES now LESTER BROUSSARD, appellant, and files this motion for an extension of 60 days in which to file the transcription of the court reporter's notes of appellant's trial. In support of this Motion, appellant shows the court the followings:

## I.

The appellant was convicted in the 12th District Court of Walker County, Texas, of the offense of Forgery of Government instrument in Cause NO. 25424 State of Texas V. LESTER BROUSSARD. The appellant was assessed a Punishment of 2 Years and appeal was Perfected on 09-22-14.

## II.

The deadline for filing the statement of facts was 07-06-15. The appellant LESTER BROUSSARD [has requested 60 days extension Prior to this request].

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 17 2015

Abel Acosta, Clerk

RECEIVED
JUL 0 8 2015
COURT OF APPEALS
WACO, TEXAS

## III.

Appellant's request for an extension is based upon the following: I need time to finish my Petition for discretionary review and go over some things and look up grounds and facts. I want to have everything laid out right.

## IV.

WHEREFORE, appellant Prays the Court grant this motion and extend the deadline for filing the Statement of facts in cause NO. 25,424    10-14-00285 to August 30, 2015.

## CERTIFICATE OF SERVICE

This is to certify that on 06-30-15, a true and correct copy of the above and foregoing document was served to the Tenth Court of Appeals of Waco, Texas.

Respectfully Submitted



# TENTH COURT OF APPEALS

**Chief Justice**
  *Tom Gray*

**Justices**
  *Rex D. Davis*
  *Al Scoggins*

McLennan County Courthouse
501 Washington Avenue, Rm. 415
Waco, Texas 76701-1373
Phone: (254) 757-5200     Fax: (254) 757-2822

**Clerk**
  *Sharri Roessler*

July 15, 2015

Lester Broussard Jr.
Bradshaw Unit #1949501
P.O. Box 9000
Henderson, TX 75653

RE:      Court of Appeals Number:   10-14-00285-CR
             Trial Court Case Number:   25424

STYLE:  Lester Broussard, Jr.
          v.
          The State of Texas

On July 8, 2015, this Court received appellant Lester Broussard's "Motion for Extension of time to File Statement of Facts." After reviewing the filing, Broussard appears to be requesting additional time to file his petition for discretionary review in the Texas Court of Criminal Appeals. Petitions for discretionary review and corresponding motions for extensions of time are filed in the Texas Court of Criminal Appeals, not in the Court of Appeals. *See* TEX. R. APP. P. 68. Accordingly, we have forwarded appellant's pro se motion to the Texas Court of Criminal Appeals. *See id.* at R. 68.3(b). Further correspondence should be directed to the Texas Court of Criminal Appeals at the following address:

Texas Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

Sincerely,

SHARRI ROESSLER, CLERK

By: *Nita Whitener*

Nita Whitener, Deputy Clerk

CC:  David P. Weeks (DELIVERED VIA E-MAIL)
      Lanny D. Ray (DELIVERED VIA E-MAIL)
      Texas Court of Criminal Appeals

Lester Broussard # 1949501
Bradshaw State Jail
P.O. Box 9000
Henderson, Texas 75653

RECEIVED
JUL 08 2015
COURT OF APPEALS
WACO, TEXAS

SHREVEPORT LA 710
05 JUL 2015 PM 2 L

Tenth Court of Appeals
McLennan County Courthouse
501 Washington Avenue, Rm 415
Waco, Texas 76701-1373

FOREVER